# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MICHAEL D. STONE**                                                    **PLAINTIFF**

**v.**                                  **CASE NO. 4:17-CV-00335 BSM**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                  **DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 12] filed by United States Magistrate Judge

J. Thomas Ray has been received.  No objections have been filed.  After careful review of

the record, the recommended disposition is hereby adopted in its entirety.  Accordingly, the

Commissioner's decision is affirmed, and Stone's complaint [Doc. No. 2] is dismissed with

prejudice.

IT IS SO ORDERED this 12th day of April 2018.


_____
UNITED STATES DISTRICT JUDGE