IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL D. STONE**                                                                          **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CV-00335 BSM**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE